OSCAR GARZA, SBN 149790
SUSAN M. BRAKE, SBN 229277
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1400
Irvine, California 92614-8557
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS INC.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BILLIE JO SPATHIES-HAELING,<br>Debtor. | Case No. 04-05710-JH7<br><br>Chapter 7 |
| LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>BILLIE JO SPATHIES-HAELING,<br><br>Defendant. | Adv. No. 04-90463-JH<br><br>**AMENDED STIPULATION BETWEEN THE PARTIES REGARDING RESCHEDULING OF THE DISCOVERY CUT-OFF DATE AND THE DISPOSITIVE MOTION DEADLINE**<br><br>Judge: Hon. John J. Hargrove |

This Stipulation Regarding Rescheduling of the Discovery Cut-Off Date and the Dispositive Motion Deadline (this "Stipulation") is entered into by and between Plaintiff Lehman Brothers Holdings Inc. ("Lehman") and Defendant Billie Jo Spathies-Haeling ("Spathies," and together with Lehman, the "Parties"), with reference to the following recitals:

**RECITALS**

A. On June 28, 2004, Spathies commenced a case under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court").

B. Lehman is a creditor of Spathies.

C. On October 27, 2004, Lehman filed a complaint (the "Complaint") against Spathies to determine the nondischargeability of Spathies's debt to Lehman under section 523 of the Bankruptcy Code and objecting to Spathies's discharge under section 727 of the Bankruptcy Code. The Complaint commenced the above-captioned adversary proceeding (the "Adversary Proceeding").

D. On January 21, 2005, pursuant to Federal Rule of Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7016-2, the Parties conferred and reached an agreement as to, *inter alia*, the scheduling of discovery deadlines (Dkt. No. 7, Exhibit A). The Parties subsequently stipulated to an extension of the discovery cut-off date to October 30, 2005 and of the deadline for filing dispositive motions to November 30, 2005 (Dkt. No. 9). The Bankruptcy Court entered an order granting these extensions on August 23, 2005 (Dkt. No. 10).

E. Each of the Parties has served discovery requests and is currently in the process of responding to the requests and working to resolve any discovery issues.

F. On October 7, 2005, Spathies presented a formal settlement offer to Lehman. Lehman is currently in the process of considering the settlement offer.

G. To allow the Parties time to consider their settlement options and to provide additional time to resolve any discovery issues, the Parties have agreed to further modify the discovery cut-off date and the dispositive motion deadline.

**STIPULATION**

NOW THEREFORE, the Parties agree and stipulate as follows:

1. The discovery cut-off date currently set for October 30, 2005 shall be changed to December 30, 2005.

2. The dispositive motion deadline currently set for November 30, 2005 shall be changed to February 15, 2006.

IN WITNESS WHEREOF, each of the undersigned individuals has caused a copy of this Stipulation to be executed on behalf of his or her respective client.

Dated: October 19, 2005

OSCAR GARZA
SUSAN M. BRAKE
GIBSON, DUNN & CRUTCHER LLP

By: /s/
Susan M. Brake

Attorneys for Plaintiff
LEHMAN BROTHERS HOLDINGS INC.

Dated: October 19, 2005

L. SCOTT KEEHN
ROBBINS & KEEHN, APC

By: /s/
L. Scott Keehn

Attorneys for Defendant
BILLIE JO SPATHIES HAELING

# CERTIFICATE OF SERVICE

I, Stephanie G. Villarial, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Jamboree Center, 4 Park Plaza, Suite 1700, Irvine, California 92614, in said County and State. On October 19, 2005, I served the following document(s):

**STIPULATION BETWEEN THE PARTIES REGARDING RESCHEDULING OF THE DISCOVERY CUT-OFF DATE AND THE DISPOSITIVE MOTION DEADLINE**

on the parties stated below:

**Counsel for Debtor/Defendant:**
**L. Scott Keehn, Esq.**
**Robbins & Keehn, APC**
**530 B Street, Suite 2400**
**San Diego, CA 92101**

by the following means of service:

☒ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE**: I provided a true copy of the above-listed document(s) to a messenger, along with an envelope(s) addressed to each person(s) named at the address(es) shown, and gave that document(s) to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY FACSIMILE**: On October 19, 2005, at approximately _______ a.m./p.m., from Irvine, California, I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above. The transmission was reported as complete, and no error was reported by the facsimile machine. A copy of the transmission record is maintained by our office.

☐ **BY UPS NEXT DAY AIR:** On the above-mentioned date, I placed a true copy of the above mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

I am employed in the office of Susan M. Brake, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2005.

/s/ Stephanie G. Villarial
Stephanie G. Villarial

30379333_1.DOC